UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAURICE R. HAYGOOD, JR., | ) | Case No. CV 11-6651 JC |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| TERESER A. BANK, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Petition and Action without Prejudice filed this date, IT IS HEREBY ADJUDGED that the "Emergency Motion Under Section 2241" is construed to be a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition") and that the Petition and this action are dismissed without prejudice.

DATED: March 20, 2012

_____/s/_____
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE